IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-01204-RPM

DARLINE BRIONES-MADRID a/k/a DARLINE YBARRA,

        Plaintiff,

v.

VIKING INSURANCE COMPANY OF WISCONSIN,

        Defendant.

_____

ORDER SETTING SCHEDULING CONFERENCE
_____

        Pursuant to D.C.COLO.LCivR 16, it is

        ORDERED that a scheduling conference will be held on **July 19, 2007, at 11:30 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 18th and Stout Streets, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges frame.htm** (Judge Richard P. Matsch Procedures) and use the format provided with those instructions. The proposed order, original and one copy, on paper, shall be submitted directly to chambers by **July 12, 2007.**

        DATED: June 8th, 2007

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior Judge