IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-01204-RPM

DARLINE BRIONES-MADRID a/k/a DARLINE YBARRA,

        Plaintiff,

v.

VIKING INSURANCE COMPANY OF WISCONSIN,

        Defendant.

_____

## STAY ORDER
_____

After discussion with counsel at the scheduling conference today, the Court finds and concludes that the issue of insurance coverage has been litigated in a state court action which is now pending on appeal to the Colorado Court of Appeals and that the outcome of that appeal will be of such significance to this civil action that further proceedings should be stayed and it is therefore

ORDERED that further proceedings in this civil action are stayed pending resolution of the appeal to the Colorado Court of Appeals.

DATED: July 19th, 2007

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior Judge