IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action Number: 07CV01204-RPM

DARLINE BRIONES-MADRID a/k/a DARLINE YBARRA,

       Plaintiff,

v.

VIKING INSURANCE COMPANY OF WISCONSIN,

Defendant.

_____

## ORDER OF DISMISSAL WITH PREJUDICE
_____

THIS MATTER coming before the Court on the parties Stipulated Motion for Dismissal with Prejudice, and the Court having reviewed said motion hereby GRANTS the motion.

IT IS HEREBY ORDERED that the claims against Viking Insurance Company of Wisconsin are hereby dismissed with prejudice, each party to pay their own costs and attorney fees.

Dated: November 14th, 2007.

BY THE COURT:

s/Richard P. Matsch

_____
U. S. District Court Judge